United States District Court
Southern District of Texas
**ENTERED**
May 07, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

J&J Sports Productions, Inc., §
    Plaintiff, §
§
v. § Civil Action H-19-4330
§
Carlos Arriaga, individually, and §
d/b/a Los Amigos Restaurant and §
d/b/a Los Amigos; §
and Luz M. Arriaga a/k/a Luz §
Maria Perez, individually, and d/b/a §
Los Amigos Restaurant and d/b/a §
Los Amigos, §
    Defendants. §

## Order of Adoption

On April 22, 2020, Magistrate Judge Peter Bray recommended that J&J Sports Productions, Inc.'s motion for default judgment be granted. (17) No objections were filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. The court will issue a separate default judgment.

Signed May 7, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge